UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL FULLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3-16-cv-01846 |
| | ) JUDGE CRENSHAW |
| COMENITY BANK | ) ) |
| Defendant. | ) |

## ORDER

The parties have filed a Joint Motion for Entry of Agreed order Dismissing Case in Favor of Arbitration (Doc. No. 12). Accordingly, the motion is **GRANTED.** This action is **DISMISSED without Prejudice**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE